UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DELCID ELNORA, | CIV. 20-5033-JLV |
| Plaintiff, | |
| vs. | JUDGMENT |
| BURGER KING LLC;<br>RALPH WILLIAM HOUSH, Mgts.;<br>BRIAN MICHAEL DUPREE;<br>TERRY TRIPP, Employee;<br>KENNETH ALEXANDER, a/k/a Kenny<br>Wells; SARA L. GOODMAN;<br>MATT CARPENTER, Mgts;<br>BETH M. HUDDLESTON;<br>LARRY, Employee; and<br>GARY WOODWARD, | |
| Defendants. | |

Consistent with the court's order (Docket 74), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants and against plaintiff.

Dated September 20, 2021.

BY THE COURT:

/s/ *Jeffrey L. Viken*

JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE